UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-252-1D

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| JANOS STEVEN DUDAS | |

This matter is before the Court on a motion by the Office of the Federal Public Defender for an order requiring the Cumberland County Sheriff's Office to release certain digital evidence to the custody of Homeland Security Investigations so that a defense expert can perform a forensic examination of said evidence. For good cause shown, the motion is GRANTED.

It is hereby ORDERED that the Cumberland County Sheriff's Office release the digital evidence (duplicate forensic images of a Sony laptop, a Samsung cellular telephone, and an SD card removed from the Samsung cellular telephone) to the custody of Homeland Security Investigations on a date prior to February 13, 2017. Homeland Security Investigations shall return the digital evidence within five (5) days of the completion of the forensic examination. It is further ORDERED that the digital evidence shall not be altered in any way.

SO ORDERED.

This _3_ day of February, 2017.

JAMES C. DEVER III
Chief United States District Judge