UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:16-CR-252-1-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JANOS STEVEN DUDAS | **ORDER** |

Upon motion of the Defendant, for good cause shown, it is hereby ORDERED that Defendant's proposed sealed filing made on 2 May 2018 be sealed until further order of the court.

SO ORDERED.

This the 7 day of May, 2018.

Honorable James C. Dever III
Chief United States District Judge